JANAK S. DAVE *v.* DENNIS C. CAVANAUGH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 903 (AC 11347), is denied.

*Sanatkumar V. Pandit,* in support of the petition.

*Robert W. Lotty,* in opposition.

Decided March 11, 1993

JOEL PAUL BERGER ET AL. *v.* 280 RAILROAD AVENUE ASSOCIATES LIMITED PARTNERSHIP ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 30 Conn. App. 904 (AC 11305), is denied.

*Paul L. Bollo,* in support of the petition.

*Louis Ciccarello,* in opposition.

Decided March 11, 1993

HOUSATONIC BANK AND TRUST COMPANY *v.* BUSELLI ASSOCIATES ET AL.

The defendants Norman J. Voog, Walter J. Lewis, Jr., Victor J. Buselli, Buselli Associates and LWJ Corporation's petition for certification for appeal from the Appellate Court, 30 Conn. App. 908 (AC 11223), is denied.

BERDON, J., dissenting. I would grant the defendants Norman J. Voog, Walter J. Lewis, Jr., Victor J. Buselli, Buselli Associates and LWJ Corporation's petition for certification.

*Paul R. Kraus,* in support of the petition.

*Elizabeth B. Leete,* in opposition.

Decided March 11, 1993